# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

James Lynn Hines, aka Jackson Malloy

               **V.**　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

Narcotics Agents, et al.

                                         **CASE NUMBER:**　　07CV1717-IEG(BLM)

☐　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

It is ordered and adjudged that plaintiff's motion to proceed in forma pauperis is denied as barred by 28 U.S.C. 1915(g), and the case is dismissed without prejudice for failure to pay civil filing fees mandated by 28 U.S.C. 1914(a).

| September 5, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON September 5, 2007 |